Israel RIOS    #BB5902
Name and Prisoner/Booking Number

CTF - North - FD-21-Low
Place of Confinement

P.O. Box 705
Mailing Address

Soledad, California 93960
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
JUL 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ORIGINAL

ISRAEL RIOS, )
(Full Name of Plaintiff) )
                    Plaintiff, )
                                )
         v.                     )   CASE NO. 1:19CV1009 JDP (PC)
                                )           (To be supplied by the Clerk)
(1) SPEARMAN, (Warden) at HDSP, )
(Full Name of Defendant)        )
                                )
(2) STUART SHERMAN, (Warden) at SATF, )   CIVIL RIGHTS COMPLAINT
                                )              BY A PRISONER
(3) PARKS, (MD) at CTF,         )
                                )   ☒ Original Complaint
(4) DOES 1 To 5, Inclusive,     )   ☐ First Amended Complaint
                    Defendant(s). )  ☐ Second Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )

**RECEIVED**
JUL 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: High Desert State Prison/P.O. Box 3030/ Susanville, California 96127  --- CTF- P.O. Box 705 / Soledad, California 93960 and SATF at P.O. Box 5244 / Corcoran, California 93212.

Revised 3/15/2016                                        1

## B. DEFENDANTS

1. Name of first Defendant: __Spearman__. The first Defendant is employed as: __Warden of Institution__ at __High Desert State Prison__.
   (Position and Title)                              (Institution)

2. Name of second Defendant: __Stuart Sherman__. The second Defendant is employed as: __Warden of Institution__ at __Substance Abuse and Treatment Facility__.
   (Position and Title)                              (Institution)

3. Name of third Defendant: __Parks__. The third Defendant is employed as: __Medical Doctor__ at __California Training Facility__.
   (Position and Title)                              (Institution)

4. Name of fourth Defendant: __Does 1 To 5 Inclusive__. The fourth Defendant is employed as: __To be determined.__ at __To be determined.__
   (Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment to the U.S. Constitution and Fourteenth Amenement to the U.S. Constitution;__

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   __Defendant "Spearman" is the Warden of High Desert State Prison (HDSP) and ultimately responsible for adequate health care of plaintiff while under his custody. On October of 2017 an ultrasound was performed and Gallstones were found. I continued to suffer pain. On December 29, 2017 I complained of pain and was taken to the ER and given a CAT SCAN. Afterwards, on February of 2018 I was given an Endoscopy and a Biopsy which revealed Ulcers and a virus called H-Pilory (bacteria that causes ulcers). I was only treated for the Ulcers and not the H-Pilory; I was given Prilosec for the ulcers. There was a medical hold placed on plaintiff with an expiration date of July 20, 2018. Also, plaintiff was endorced to transfer that expired on June 14, 2018. Despite the Medical hold, HDSP transfered plaintiff on May 26, 2018 to SATF. This transfer was a deliberate indifference that only extended plaintiff's pain suffering. CDCR through defendant "Spearman" knew or reasonably should have known that a Medical "HOLD" stops any and all transfers of any kind. Instead, plaintiff was mysteriously transferred. Plaintiff is under the impression that this was done to save HDSP money that would be incurred by the operation's cost. Nevertheless, this act was a direct Deliberate Indifference to plaintiff's serious medical needs.__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __Plaintiff was forced to undergo crucial pain caused by the defendant "Spearman" not properly training his medical staff. This undue pain lasted from 10/ of 2017 thru 6/ of 2019 for failure to treart Gallstones. And plaintiff suffered pain on Ulcers and H-Pilory from December 29, 2017 thru February of 2019. Finally, in CLAIM III plaintiff was forced to suffer from February of 2019 thru June of 2019 to receive the operation.__

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Plaintiff would attach said grievance but that grievance along with other related grievances came up missing during a dorm search (mysteriously).__

3

CLAIM II

1. State the constitutional or other federal civil right that was violated: __Eighth Amendment to the__
   __U.S. Constitution and Fourteenth Amendment to the U.S. Constitution;__ .

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____ .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Defendant "Stuart Sherman is the Warden at Substance Abuse and Treatment Facility (SATF)" and this defendant is ultimately responsible for adequate health care of the plaintiff as well as proper training of his subornates (medical staff included). The Plaintiff arrived at SATF on May 26, 2018. Thirty days after, plaintiff saw a doctor who continued plaintiff on the "Prilosec" for the ulcers, but did not treat plaintiff for the H-Pilory. Approximately November 15, 2018 the doctor referred plaintiff to see a Surgeon. Plaintiff was issued a priorty pass dated December 26, 2018, and mysteriously, was transfered that same day to California Training Facility (CTF), the pass was to see the Surgeon who was to schedule plaintiff for the operation; but plaintiff was insted transfered. This was done to save SATF the cost of performing the operation. In turn, this caused plaintiff to continue on in crucial pain caused by the failure to treat the H-Pilory coupled with increased pain from the Gallstones multiplying. This was Deliberate Indifference to plaintiff's serious medical needs placed plaintiff is a position that was a 'life-threatening position'. Expressly, where plaintiff was made to suffer from the Ulcers, Gallstones and H-Pilory; this amounted to a direct violation of plaintiff's Eighth Amendment rights, inter alia.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Plaintiff'a pains continuously increased both from the multiplying Gallstones/Ulcers, and the failure to treat the H-Pilory which is the actual bacteria that causes ulcers/ and this caused plaintiff's pains to become unbearable for the entire time plaintiff was forced to live in such excruciating pain; overall, from October of 2017 thru June of 2019.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Again, plaintiff would attach the grievance filed in this matter__
   also but again, this grievance became mysteriously missing too during the same dorm search. Plaintiff had previously informed staff that he was contemplating on filing a lawsuit and thereafter all grievances were missing after the search.

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>Eighth Amendment to the U.S. Constitution and Fourteenth Amendment to the U.S. Constitution;</u>

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendant "Parks" is a Medical Doctor at California Training Facility (CTF) but it is unknown to plaintiff if this doctor is drawn from the Federal Registry; In any event, this doctor's responsibility is supposed to be to provide adequate medical treatment to plaintiff and those inmates similarly situated. After plaintiff arrived at (CTF), plaintiff was seen by said doctor "Parks" in February of 2019. The doctor after reviewing the medical records, insisted that plaintiff's pain was in fact from the previous doctors neglect(s) in refusing the treatment for H-Pilory. The doctor then prescribed "Anti-Biotics". Then on April 10, 2019, the doctor performed a follow-up and discovered that the H-Pilory WAS GONE!

   While this was some improvement ... the defendant "Doctor Parks" knew or reasonably should have known after reviewing the medical records showing that this operation was long, long, long overdue; but this defendant informed plaintiff that sometime soon, plaintiff would recive another follow-up. Plaintiff, on April 17, 2019, filed an inmate Request form because plaintiff was experiencing extreme pain by now from the Gallstones and the Doctor ordered plaintiff to see a surgeon which was done on or about May 10, 2019. and approximately two weeks plaintiff was given a pre-operation consultation. On June 14, 2019, plaintiff finally received the operation where plaintiff was cut much more extensibly based on the unreasonable delays.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Plaintiff suffered a total of (19) months in pain which increased over time based on the defendants' deliberate indifference to plaintiff's very, very serious medical needs.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  <u>After plaintiff submitted, the request form which is a sort of pre-grievance stage ... the operation was performed.</u>

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff is suing the named defendants and each of them in both, their individual and official capacities for $2,500,000.00 . This is calculated as follows: plaintiff is suing for $1,500,000.00 for Compensatory damages; and another $1,000,000.00 for "Punitive Damages/ awards."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ July 15, 2019 _____          _____
                   DATE                            SIGNATURE OF PLAINTIFF

_____ N/A _____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____ N/A _____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.