UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS,<br><br>            Plaintiff,<br><br>    v.<br><br>N.P. JOSEPH DRAGON, MD<br>NANDKUMAR RAVI,<br><br>            Defendants. | Case No.  1:19-cv-01009-ADA-HBK (PC)<br><br>ORDER DIRECTING REQUEST FOR WAIVER OF SERVICE<br><br>(Doc. No. 36) |

Plaintiff Israel Rios—a prisoner within the California Department of Corrections—is represented by counsel but proceeding *in forma pauperis* on his Third Amended Civil Rights Complaint (Doc. 36) as screened (Doc. No. 39).  Rios previously provided the Clerk of Court with the address for service for Defendant Nandkumar Ravi (Ravi), who remains unserved.

Accordingly, it is hereby **ORDERED**:

1. The **Clerk** shall fill in the appropriate fields in a Waiver of Service of Summons forms for Ravi.

2. Within fifteen (15) days of the date of this Order, the **Clerk** shall send **via United States postage prepaid first class mail** to Ravi—at the address provided by Rios—the following:  the Third Amended Civil Rights Complaint (Doc. 36 ); the Court's screening order (Doc. No. 39); a Notice of Lawsuit and Request for Waiver of Service of Summons; a Waiver of Service of Summons form; and this Order.  The **Clerk** shall fill in the date of mailing in the

Notice of Lawsuit and Request for Waiver of Service of Summons and send a stamped, self-addressed envelope to return the Waiver of Service of Summons form to the Court. All costs of mailing shall be advanced by the United States.

Ravi shall have **thirty (30) days** from the date that the Waiver of Service of Summons form was mailed to return it if he chooses to do so. If Ravi chooses to return the Waiver of Service of Summons, he should use the addressed, stamped envelope provided.

If Ravi returns the Waiver of Service of Summons form, he shall have **sixty (60) days** from the date that the Waiver of Service of Summons form was mailed in which to answer or otherwise respond to the First Amended Complaint.

If Ravi does not return the Waiver of Service of Summons form within thirty (30) days from the date it was mailed, **the U.S. Marshal** thereafter will be directed to personally serve him. Ravi will bear the cost of personal service as set forth in the Federal Rules of Civil Procedure.[1] Ravi thereafter shall have **twenty-one (21) days** from the date of personal service of process in which to answer or otherwise respond to the First Amended Complaint.

Dated:   November 28, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 4 makes clear that a defendant "has a duty to avoid unnecessary expenses of serving the summons." Fed. R. Civ. P. 4(d)(1). Further, if a defendant fails to waive service, without good cause, the Court "must impose" the expenses incurred in effectuating service. *Id.* at 4(d)(2).