UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS,<br><br>        Plaintiff,<br><br>   v.<br><br>NP JOSEPH DRAGON, MD NADKUMAR RAVI,<br><br>        Defendants. | Case No. 1:19-cv-01009-ADA-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE CASES<br><br>(Doc. No. 29) |
| ISRAEL RIOS,<br><br>        Plaintiff,<br><br>   v.<br><br>NP JOSEPH DRAGON, MD NADKUMAR RAVI,<br><br>       Defendants. | Case No. 2:20-cv-00146-ADA-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE CASES<br><br>(Doc. No. 54) |

Pending before the Court is Plaintiff's respective motion to consolidate cases filed in the above cases. (Doc. Nos. 29, 54). Plaintiff moves to consolidate Case No. 1:19-cv-01009-ADA-HBK with Case No. 2:20-cv-00146-ADA-HBK. (*Id*.). The Court grants the respective motions.

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or

all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). The undersigned already deemed the cases related under Local Rule 123. (Doc. No. 28 – Case No. 1:19-cv-01009-ADA-HBK). The Court further finds the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to grant the Plaintiff's respective motions and will consolidate these cases.

Accordingly, it is **ORDERED**:

1. Plaintiff's motions to consolidate (Doc. No. 29) in Case No. Case No. 1:19-cv-01009-ADA-HBK and (Doc. No. 54) in Case No. 2:20-cv-00146-ADA-HBK are GRANTED.

2. Case No. Case No. 1:19-cv-01009-ADA-HBK and Case No. 2:20-cv-00146-ADA-HBK shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);

3. The Clerk is directed to file this Order in each of the above referenced cases;

4. Going forward, the parties and the Clerk are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case number as follows:

   Lead Case No.: 1:19-cv-01009-ADA-HBK

   Member Case No.: 2:20-cv-00146-ADA-HBK

Dated:   January 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2