UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RIOS,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH DRAGON, N.P., and<br>NANDAKUMAR RAVI, M.D.,<br><br>            Defendants. | Case No.  1:19-cv-01009-ADA-HBK (PC)<br><br>ORDER STRIKING IMPROPER PLEADING<br><br>(Doc. No.  48) |

Pending before the Court is Defendant's reply filed on February 6, 2023.  (Doc. No. 48). Local Rule 230(l) of the Eastern District of California authorizes the filing of a motion, an opposition, and a reply in prisoner actions.  On January 30, 2023 Defendant filed a motion to dismiss (Doc. No. 47) and on February 6, 2023, within the period for Plaintiff to file an opposition and before Plaintiff had done so, Defendant filed a reply.  (Doc. No. 48).  Plaintiff then filed an Opposition (Doc. No. 50), and Defendant filed a second reply (Doc. No. 51).

The filing of a second reply is not authorized by Local Rules.  Moreover, "[t]he purpose of a movant's reply is to respond to an opposition." *In re Large Scale Biology Corp.*, 2007 WL 2859782, at *1 (Bankr. E.D. Cal. Sept. 25, 2007).  Upon review, Defendant's later-filed reply appears to respond to Plaintiff's Opposition to the Motion to Dismiss.  The Court will therefore deem the second reply the operative reply to Plaintiff's Motion and strike the premature reply as

an unauthorized pleading.

Accordingly, it is **ORDERED**:

The Clerk of Court shall strike Defendant's improper pleading (Doc. No. 48) from the record.

Dated:    September 20, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE